IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW DWAYNE SANDERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-11-391-M |
| ) | |
| H.A. LEDEZMA, Warden FCI El Reno, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 7, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Court: (1) deny petitioner's petition for writ of habeas corpus; (2) deny petitioner's request for an evidentiary hearing; and (3) deny petitioner's motion for summary judgment. Petitioner was advised of his right to object to the Report and Recommendation by September 26, 2011. On September 13, 2011, petitioner filed his objection.

Upon de novo review, the Court:

(1)  ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on September 7, 2011;

(2)  DENIES the petition for writ of habeas corpus;

(3)  DENIES petitioner's request for an evidentiary hearing; and

(4)  DENIES petitioner's Motion for Summary Judgment Rule 56 [docket no. 16].

**IT IS SO ORDERED this 26th day of September, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE